FILED
JAN 3 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08CR 0089 |
| v. | ) | |
| | ) | Violation: Title 18, United States |
| SEAN P. RYAN | ) | Code, Sections 922(d) |
| | ) | |

JUDGE GOTTSCHALL

MAGISTRATE JUDGE DENLOW

### COUNT ONE

The SPECIAL AUGUST 2006-2 GRAND JURY charges:

At times material to this indictment,

1. SEAN P. RYAN was a Chicago Police Department ("CPD") officer.

2. On or about December 22, 2005, in Skokie, in the Northern District of Illinois, Eastern Division, and elsewhere,

SEAN P. RYAN,

defendant herein, did sell and otherwise dispose of a firearm, namely a North China Industries SKS 7.62-caliber semi-automatic assault rifle, model Norinco, bearing serial number 9312535, with four magazines of ammunition, to Individual A, who he knew and had reasonable cause to believe had been convicted of a crime punishable by imprisonment for a term exceeding one year;

In violation of Title 18, United States Code, Sections 922(d)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY