# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 89 - 1 | **DATE** | 2/5/2008 |
| **CASE TITLE** | USA vs. Shawn Ryan | | |

**DOCKET ENTRY TEXT**

Government's oral motion to unseal the indictment is granted. Arraignment and plea held. Defendant waives formal reading of the indictment and enters a plea of not guilty to all counts of the indictment. Defendant informed of rights. 16.1(a) conference to be held by or on 2/19/08. Pretrial motions to be filed by or on 3/6/08; any response by or on 3/20/08; any reply by or on 3/27/08. Ruling by mail by 4/28/08. Status hearing set before Judge Gottschall on 2/27/08 at 9:30 a.m. Government's oral motion to exclude time is granted. Time ordered excluded to 2/27/08 pursuant to 18:3161(h)(1)(F) (X-E)

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:10

| | Courtroom Deputy Initials: | DK |
|---|---|---|