AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
Northern District of Illinois
Eastern Division

United States of America                    WARRANT FOR ARREST

v.

SEAN P. RYAN                                 Case Number: 08 CR 89 -1

To:   The United States Marshal
      And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **SEAN P. RYAN** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

**(X)Indictment**   Information   Complaint   Order of court   Violation Notice   Probation   Violation Petition

charging him or her with: **Selling firearms to felons.**

in violation of Title 18 United States Code, Section(s) 922(d)(1)

**FILED**

**FEB 6 2008**

Ellenore Duff, Issuing Officer, Deputy Clerk

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

*Ellenore Duff* (signature)         2/1/2008; Chicago, IL
Signature of Issuing Officer

Bail fixed at $

_____
, Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| Date Received: 2/1/2008 | Name and Title of Arresting Officer: Jarrad N. Smith FBI SA | Signature of Arrest Officer |
| Date of Arrest: 2/5/2008 | | |