## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA
                        Plaintiff,

v.                                            Case No.: 1:08–cr–00089
                                            Honorable Joan B. Gottschall

Sean P Ryan
                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 27, 2008:

      MINUTE entry before Judge Joan B. Gottschall as to Sean P Ryan: Status hearing held on 2/27/2008. Counsel to contact courtroom deputy to schedule hearing on Defendant's oral motion to modify bond conditions. Time is excluded filing through disposition of pretrial motions pursuant to 18:3161(h)(1)(F). Mailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.