UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  084 CR 89 |
| v. | ) | |
| | ) | Judge Joan B. Gottschall |
| SEAN P. RYAN | ) | |

NOTICE OF MOTION

TO:    ECF FILERS

       PLEASE TAKE NOTICE that on Monday, March 3, 2008 at 2:00 p.m.,  I will appear before Judge Joan B. Gottschall  in Courtroom 2325, the courtroom usually occupied by her in the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois or before such other judge who may be sitting in her place and stead, and then and there present **MOTION OF THE UNITED STATES FOR PROECTIVE ORDER**, at which time you may appear if you see fit.


                                           /s/ David D. Buvinger                 
                                           DAVID D. BUVINGER
                                            Assistant United States Attorney


STATE OF ILLINOIS   )
                    ) SS
COUNTY OF COOK   )

       David D. Buvinger , being first duly sworn, on oath deposes and says that he is employed in the Office of the United States Attorney for the Northern District of Illinois, that on the 28th day of February, 2008, **MOTION OF THE UNITED STATES FOR PROTECTIVE ORDER,** pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.


                                           /s/ David D. Buvinger                 
                                           DAVID D. BUVINGER
                                            Assistant United States Attorney