UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

UNITED STATES OF AMERICA
Plaintiff,

v.   Case No.: 1:08−cr−00089
Honorable Joan B. Gottschall

Sean P Ryan
Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 28, 2008:

MINUTE entry before Judge Joan B. Gottschall as to Sean P Ryan : Bond Hearing re: oral motion by Defendant to modify is set for 3/3/2008 at 2:00 PM. Mailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.