# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                     Case No.: 1:08−cr−00089
                                     Honorable Joan B. Gottschall

Sean P Ryan

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 3, 2008:

      MINUTE entry before Judge Joan B. Gottschall: as to Sean P Ryan, Motion hearing held on 3/3/2008. Defendant's unopposed oral motion to modify bond conditions is granted. The bond order is amended as follows: Defendant, Sean P. Ryan is not allowed to carry a hand gun or any firearm except while he is on duty at his work station. The government's agreed motion for protective order [12] is granted. Order to follow. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.