

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 89 - 1 | **DATE** | 3/3/2008 |
| **CASE TITLE** | U.S.A. vs. Sean P. Ryan | | |

**DOCKET ENTRY TEXT**

(Defendant Sean P. Ryan only).  Enter Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | SB |
|---|---|---|