

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 08 CR 89-1 Judge Joan B. Gottschall |
| SEAN P. RYAN, | ) ) ) | |
| Defendant. | ) | |

## PROTECTIVE ORDER

Upon the motion of the United States for a protective order pursuant to Fed.R.Crim. P. 16(d)(1), it is hereby ordered as follows:

1.   All materials produced by the government in preparation for or in connection with any stage of the proceedings in this case, including but not limited to applications, affidavits, ten-day reports and court orders for electronic surveillance, sealing applications and orders and recordings, transcripts and agent logs of intercepted conversations, may be utilized by the defendant and his counsel solely in connection with the defense of this case and for no other purpose and in connection with no other proceedings.  The materials and their contents, and any notes, records or copies of any kind that defense counsel or the defendant may make relating to the contents of materials provided by the government shall not be disclosed either directly or indirectly to any person or entity other than the defendant, his counsel, such other persons defense counsel reasonably deems necessary to prepare a defense, or such other persons as to whom the Court may authorize disclosure.

2.  Intentional violation of this Order is punishable as a contempt, and may result in the imposition of civil and criminal sanctions. However, nothing contained in this protective order shall preclude any party from applying to the Court for further relief or for modification of any provision hereof.

ENTER:

_____
JOAN B. GOTTSCHALL
United States District Judge

3/3/08
_____
DATE