Minute Order Form (rev. 4/99)

**08CR 89**   05 GJ 916

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 08 CR 0089 | DATE | APRIL 23, 2008 |
| CASE TITLE | US v. SEAN P. RYAN | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL MARCH 2007**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before Judge or Magistrate Judge _____

Docket Entry:

BOND PREVIOUSLY SET IN 08 CR 0089 TO STAND AS BOND IN THIS INSTANCE.

**JUDGE GOTTSCHALL**

**MAGISTRATE JUDGE DENLOW**

**FILED**
APR 23 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                    UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| | No notices required, advised in open court. | | Date docketed | |
| | No notices required. | | Docketing | |
| | Notices mailed by judge's staff | | dpty. initials | |
| | Notified counsel by telephone. | | Date mailed | |
| | Docketing to mail notices | | notice | |
| | Mail AO 450 form. | | Mailing | |
| | Copy to judge/magistrate judge. | | dpty. initials | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |