# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 89 - 1 | **DATE** | 3/27/2008 |
| **CASE TITLE** | USA vs. Sean P Ryan | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Government's Application for An Order Authoring the Disclosure and use of intercepted communications pursuant to Section 2517(5), Title 18, United States Code is granted. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

0:05

| | Courtroom Deputy Initials: | RJ |
|---|---|---|