IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| SEAN P. RYAN | ) Case No. 08 CR 008-9 |
| | ) The Honorable Joan Gottschall |

## VINCENT CONNELLY'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT SEAN P. RYAN

Vincent Connelly, of Mayer, Brown, LLP, counsel for defendant Sean P. Ryan, respectfully request that this Court enter an order withdrawing his appearance as counsel of record for defendant Sean P. Ryan. In support of this motion, attorney Vincent Connelly states as follows:

1. On February 5, 2008, defendant Ryan was arrested and arraigned and Vincent Connelly entered an appearance on behalf of Mr. Ryan.

2. During the last several weeks, defendant Ryan has actively sought new counsel for this matter. He has recently retained experienced federal criminal defense counsel Thomas Breen.

3. The undersigned counsel believes that it is in Mr. Ryan's best interest that he obtain new counsel to assist him in this matter pending before the court.

4. Mr. Connelly has informed Mr. Ryan of his intention to withdraw as counsel of record. Mr. Ryan has no objection to the filing of this motion.

5. Should the Court grant this motion, the undersigned Counsel respectfully pledges that he will do every thing possible to ease the transition between Counsel.

WHEREFORE, Vincent Connelly respectfully requests that this Court grant his motion to withdraw his appearance as counsel of record in this matter and release him from representing Mr. Ryan.

Dated: May 13, 2008

Respectfully submitted,

/s/ Vincent J. Connelly

_____

Vincent J. Connelly
MAYER, BROWN, LLP
71 South Wacker Drive
Chicago, IL 60606-4637
(312) 701-7912
(312) 701-7711 – Facsimile

*Attorney for Defendant Sean P. Ryan*