## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 89 - 1 | **DATE** | 5/14/2008 |
| **CASE TITLE** | USA vs. Sean P Ryan | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty as to all counts of Superseding Indictment. Vincent Connelly's Motion to Withdraw as Counsel of Record for Defendant Sean P. Ryan [26] is granted.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RJ |
|---|---|---|