# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 89 | **DATE** | 6/19/2008 |
| **CASE TITLE** |  | USA vs. Sean Ryan | |

**DOCKET ENTRY TEXT**

Status hearing held on 6/19/2008. Jury trial set for 6/30/2008 is stricken and reset to 11/10/2008 at 9:00AM. Time is excluded through 11/10/2008 in the interest of justice, continuity of counsel pursuant to 18:3161(h)(8)(A)(B). (XT)

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | RJ |
|---|---|---|